256 So.2d 291

### Naulis J. BROUSSARD

v.

### TRAVELERS INDEMNITY COMPANY.

#### No. 52042.

#### Jan. 11, 1972.

In re: Naulis J. Broussard applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Iberia. 254 So.2d 709.

Writ denied. We can find no error of law.

256 So.2d 291

### VERMILION PARISH SCHOOL BOARD

v.

### Alphe BROUSSARD et al.

#### No. 52020.

#### Jan. 17, 1972.

In re: Alphe Broussard, Myrtis Odille Broussard, Martha Cade Broussard and Flying "J" Ranch Lane, Inc., applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Vermilion. 254 So.2d 699.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

SUMMERS, J., is recused.